1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Defendants Eric K. Shinseki,
     Secretary of Veterans Affairs, and
7    United States Department of Veterans Affairs

8
                    **UNITED STATES DISTRICT COURT**
9
                    **EASTERN DISTRICT OF CALIFORNIA**
10

11 ROSIE BOPARAI, M.D.,            )   1:09-cv-01164 AWI/DLB
                                   )
12      Plaintiff,                 )   **STIPULATION FOR EXTENSION OF**
                                   )   **TIME FOR DEFENDANTS TO RESPOND**
13      v.                         )   **TO COMPLAINT; ORDER**
                                   )
14 ERIC K. SHINSEKI, Secretary     )
   of Veterans Affairs; UNITED     )
15 STATES DEPARTMENT OF VETERANS   )
   AFFAIRS,                        )
16                                 )
        Defendants.                )
17 _____  )

18

19      Defendants Eric K. Shinseki, Secretary of Veterans Affairs,

20 and the United States Department of Veterans Affairs

21 ("Defendants") and Plaintiff Rosie Boparai, M.D., ("Plaintiff")

22 acting <u>in propria persona</u> stipulate to extend the time for the

23 Defendants to respond to the Complaint filed July 6, 2009, (Doc.

24 1) as follows:

25      1.   The Complaint filed by Plaintiff seeks relief under

26 Title VII arising from a determination made by a Peer Review

27 Committee regarding medical care provided by the Plaintiff.

28

2. Plaintiff caused a summons and complaint to be served upon the United States of America on October 13, 2009. The summons requires the Defendants to file a response within 60 days. A scheduling conference has been set for February 17, 2009.

3. The United States Department of Veterans Affairs is an agency of the United States of America whose mission is to serve America's Veterans and their families by providing medical care, benefits, social support, and other benefits in recognition of their service to this Nation. Eric K. Shinseki is the Secretary of Veterans Affairs and has been sued in his official capacity. As such, Defendants will likely be represented by the United States Attorney's Office.

4. Government counsel is currently in the process of reviewing records and preparing a response.

Based upon the above, the parties stipulate that the Defendants' time to respond to the complaint shall be extended up to and including January 13, 2010. The parties request the court endorse this stipulation by way of formal order.

Respectfully submitted,

Dated: December 7, 2009.    BENJAMIN B. WAGNER
United States Attorney

By:  /s/ Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney

Dated: December 7, 2009.    /s/ Rosie Boparai
ROSIE BOPARAI, M.D., in propria persona
(as authorized 12/7/09)

**ORDER**

IT IS SO ORDERED that Defendants' time to respond to the Complaint is extended to January 13, 2010.

IT IS SO ORDERED.

Dated:   **December 10, 2009**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE