UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BOPARAI, M.D., <br><br>　　　　Plaintiff, <br><br>　　　v. <br><br>ERIC SHINSEKI, Secretary of Veterans Affairs, United States Department of Veterans Affairs, <br><br>　　　　Defendant. | CASE NO. 1:09-CV-1164 AWI JLT <br><br>ORDER VACATING HEARING DATE OF FEBRUARY 22, 2011 AND TAKING MATTER UNDER SUBMISSION |

　　　Defendant Secretary of Veterans affairs has filed a motion for summary judgment. The matter was scheduled for hearing on February 22, 2011. Plaintiff Rosie Boparai has failed to file either an opposition or notice of non-opposition. Thus, Plaintiff is no longer entitled to be heard at oral argument. See Local Rule 230(c). The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of February 22, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 17, 2011

　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE