# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BOPARAI, M.D., <br><br> Plaintiff, <br><br> v. <br><br> ERIC SHINSEKI, Secretary of Veterans Affairs, United States Department of Veterans Affairs, <br><br> Defendant. | CASE NO. 1:09-CV-1164 AWI JLT <br><br> ORDER VACATING HEARING DATE OF APRIL 11, 2011 AND TAKING MATTER UNDER SUBMISSION |

Defendant Secretary of Veterans affairs has filed a motion for summary judgment. Plaintiff Rosie Boparai has filed an opposition. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 11, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   April 6, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1