UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BOPARAI, M.D.,<br><br>    Plaintiff,<br><br>    v.<br><br>ERIC SHINSEKI, Secretary of Veterans Affairs, United States Department of Veterans Affairs,<br><br>    Defendant. | CASE NO. 1:09-CV-1164 AWI JLT<br><br>ORDER VACATING TRIAL DATE OF JUNE 3, 2011 AND PERMITTING DEFENDANT TO FILE A NEW REPLY |

The matter before the court is Defendant's motion for summary judgment. The parties have filed briefs, oppositions, replies, and accompanying documents. The hearing was scheduled for April 11, 2011; the matter was taken under submission without oral argument. Plaintiff filed an amended opposition on April 18, 2011. In response, Defendant filed a motion to strike those documents. The motion to strike is denied. Defendant may file an amended reply by 4:00 PM on Wednesday, May 4, 2011.

In Plaintiff's amended opposition, she mentions that "I should be entitled to judgment and move for counter motion for summary judgment." Doc. 94, at 37:11-12. The motion is untimely and does not conform to the local rules; it will not be considered by the court. Further, given the new briefing schedule, the trial date of June 3, 2011 is vacated.

IT IS SO ORDERED.

Dated:   April 22, 2011

CHIEF UNITED STATES DISTRICT JUDGE

1