1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **ROSIE BOPARAI, M.D.,** | ) | **CASE NO. 1:09-CV-1164 AWI JLT** |
| **Plaintiff,** | ) | |
| | ) | **ORDER RE REQUEST TO FILE** |
| **v.** | ) | **DOCUMENT UNDER SEAL** |
| | ) | |
| **ERIC SHINSEKI, Secretary of Veterans** | ) | |
| **Affairs, United States Department of** | ) | |
| **Veterans Affairs,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

Plaintiff has given the court a document entitled "1. Supplement to Plaintiff's motion to strike parts or all of Dr. Lisa Altman, MD's & Dr. Mary White's declarations. 2. Notice of motion & motion to re-open discovery to take deposition of Lisa Altman, MD, Jeffrey Spina, MD, Robert Gaines, MD, Michael Mahler, MD & Mary White, MD. 3. Motion to seal this document & it's attachments after consideration." Before the document can be permanently filed under seal, the court will give Defendant an opportunity to object.

The Clerk of the Court shall temporarily file the document under seal. If Defendant wishes to object, he must file written objections explaining why sealing is not necessary within ten (10) days of the date of filing of this order. Such objections shall be filed under seal unless otherwise authorized by the court. If no objections are filed within ten days, the filing of the document under seal shall become permanent pending any further order of the court.

IT IS SO ORDERED.

Dated:     May 12, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE

1