UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE BOPARAI, M.D., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ERIC SHINSEKI, Secretary of Veterans ) <br> Affairs, United States Department of ) <br> Veterans Affairs, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. 1:09-CV-1164 AWI JLT <br><br> ORDER VACATING HEARING DATE OF JUNE 27, 2011 AND TAKING MATTER UNDER SUBMISSION |

    Defendant Secretary of Veterans Affairs has made a motion for summary judgment. Briefing on the motion is closed. Plaintiff Rosie Boraparai has made a motion to "1. Supplement to Plaintiff's motion to strike parts or all of Dr. Lisa Altman, MD's & Dr. Mary White's declarations. 2. Notice of motion & motion to re-open discovery to take depositions of Lisa Altman, MD, Jeffrey Spina, MD, Robert Gaines, MD, Michael Mahler, MD & Mary White, MD. 3. Motion to seal this document & it's attachments after consideration." Doc. 100, filed under seal. In response, Defendant has made a motion to strike the filing for failure to follow Local Rules 230(c) and 260(b). Plaintiff opposes the motion. The court has reviewed the papers filed and has determined that the motion is suitable for decision without further oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of June 27, 2011, is VACATED, and no party shall appear at that time. As of that date, the court will take

1

the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:     June 22, 2011

_____
CHIEF UNITED STATES DISTRICT JUDGE